RECORD OF GRAND JURY BALLOT

c/   3:19-299

THE UNITED STATES OF AMERICA v. ANDREW CHMIEL, ET AL.

(SEALED UNTIL FURTHER ORDER OF THE COURT)