# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

### COLUMBIA DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO. 3:19-299

ANDREW CHMIEL

## **PLEA**

The Defendant, ANDREW CHMIEL, acknowledges receipt of a copy of the indictment and

after arraignment pleads not guilty in open court.

_____
(Signed)    Defendant

Columbia, South Carolina
April 18, 2019