IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No: 3:19-cr-00299-JFA |
| v. | |
| ANDREW CHMIEL | 18 U.S.C. § 371 |
| Advantage Orthopedic Systems, Inc. | 18 U.S.C. § 287 |
| B&L Medical Supply, Inc. | 18 U.S.C. § 1001 |
| Cumberland Medical Equipment, Inc. | 18 U.S.C. § 1341 |
| D2 Medical, LLC | 18 U.S.C. § 1343 |
| Family Home Medical Equipment & Supplies, | 18 U.S.C. § 2 |
| LLC | 18 U.S.C. § 1347 |
| In-Home Senior Care, LLC | 18 U.S.C. § 981(a)(l)(C) |
| Magnolia Medical Supply Inc. | 18 U.S.C. § 982(a)(l) |
| Medical Equipment Solutions of Southeast | 18 U.S.C. § 982(a)(7) |
| Florida, LLC | 18 U.S.C. § 1956(a)(l )(A)(i) |
| Triana Enterprises, LLC | 18 U.S.C. § 1956(a)(l)(B)(i) |
|     d/b/a/ Triana Medical Supply | 18 U.S.C. § 1956(h) |
| Wren Senior Services, | 42 U.S.C. § 1320a-7b(b)(2)(A) |
|     d/b/a Dogwood Medical | 42 U.S.C. § 1320a-7b(b)(2)(B) |
| Jacmart Medical | 28 U.S.C. § 2461(c) |
| Bentley Medical Products | |
| DO Delivery | |
|     a/k/a "Doctor Order Delivery" | |
| Pain Center, LLC | |

## GOVERNMENT'S BILL OF PARTICULARS FOR
## FORFEITURE OF PROPERTY

The United States provides the following Bill of Particulars regarding property alleged in the Indictment filed April 4, 2019, as also being subject to forfeiture to the United States. NOTICE IS HEREBY GIVEN that upon conviction of the above Defendants for one or more felony violations of 18 U.S.C. §§ 371, 1001, 1341, 1347, and 1956 as charged in the Indictment, the United States intends to seek the forfeiture of any property, real or personal, constituting, derived from or traceable to proceeds the Defendants obtained directly or indirectly as a result of such offenses, and any property, real or personal, involved in a transaction or attempted transaction in violation of the money laundering offense, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 982(a)(7) and 28 U.S.C. § 2461(c). Such property includes, but is not limited to, the following:

### REAL PROPERTY:

(a)     566 Windy River Ridge
        Burnsville, NC 28714
        Yancey County, NC
        Parcel #075900438525.000
        Owner: Homerun Holdings LLC

(b)     5442 Clearview Drive
        North Charleston, SC 29420
        Dorchester County, SC
        Parcel #171-07-06-004.000
        Owner: Saigon Mekong Holdings LLC

(c)     1051 Johnnie Dodd Blvd
        Mt Pleasant, SC 29464
        Charleston County, SC
        Parcel #535-00-00-233
        Owner: Homerun Holdings LLC

Respectfully submitted,

SHERRI A. LYDON
UNITED STATES ATTORNEY

BY:    s/Anne Hunter Young
Anne Hunter Young (Fed. I.D. #7258)
Assistant United States Attorney
United States Attorney's Office
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803) 929-3000

April 22, 2019