IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 3:19-cr-00299-JFA |
| | ) |
| v. | ) |
| | ) |
| ANDREW CHMIEL | ) |
| ADVANTAGE ORTHOPEDIC SYSTEMS, INC. | ) |
| DO DELIVERY | ) |
|     a/k/a "Doctor Order Delivery" | ) |
| PAIN CENTER, LLC | ) |

### MOTION FOR PRELIMINARY ORDER OF FORFEITURE

Pursuant to Fed. R. Crim. P. 32.2(b), the United States of America, by and through its undersigned Assistant United States Attorney, Anne Hunter Young, moves this Court for the entry of a Preliminary Order of Forfeiture as to the above-captioned Defendants based upon Defendant Andrew Chmiel's conviction of conspiracy to commit health care fraud, in violation of Title 18, United States Code, Sections 1347 and 1349, and the convictions of Defendant Companies, Advantage Orthopedic Systems, Inc., DO Delivery, and Pain Center, LLC, of conspiracy to commit violations of the anti-kickback statute and health care fraud, in violation of 18 U.S.C. §§ 287, 1341, 1343 and 1347, and 42 U.S.C. §§ 1320a-7b(b)(2)(A) and (B); all in violation of 18 U.S.C. § 371. *See* 21 U.S.C. § 853.

The Government further requests that such order be entered by this Court sufficiently in advance of sentencing to permit time for the Government and the Defendants to suggest revisions or modifications. Fed. R. Crim. Pro. 32.2(b)(3)(B) ("Unless doing so is impractical, the court must enter the Preliminary Order of Forfeiture sufficiently in advance of sentencing to allow all the parties to suggest revisions or

modifications before the Order becomes final as to the defendant under Rule 32.2(b)(4).")

                    Respectfully Submitted,

                    ADAIR F. BOROUGHS
                    UNITED STATES ATTORNEY

By:   <u>s/ Anne Hunter Young</u>
       ANNE HUNTER YOUNG (Fed I.D. #7258)
       Assistant United States Attorney
       United States Attorney's Office
       1441 Main Street, Suite 500
       Columbia, South Carolina 29201

May 16, 2023