## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

## SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District of South Carolina | |
|---|---|---|
| Name *(under which you were convicted)*:<br><br>Andrew A. Chmiel | | Docket or Case No.:<br>3:19-cr-00299-JFA-1 |
| Place of Confinement:<br>FCI Beckley Camp | Prisoner No.:<br><br>34305-171 | |
| UNITED STATES OF AMERICA<br><br>V. | ANDREW A. CHMIEL | |

## MOTION

1.  (a) Name and location of court which entered the judgment of conviction you are challenging: _____

    U.S. District Court, Matthew J. Perry, Jr. U.S. Courthouse, 901 Richland Street, Columbia SC 29201

    (b) Criminal docket or case number (if you know):  3:19-cr-00299-JFA-1

2.  (a) Date of the judgment of conviction (if you know):  March 20, 2024

    (b) Date of sentencing:  March 19, 2024

    RCV'D - USDC COLA SC<br>APR 3 '25 PM 2:08

3.  Length of sentence:  108 months

4.  Nature of crime (all counts):  Conspiracy to commit healthcare fraud in violation of 18 U.S.C. § 1347, a violation of 18 U.S.C. § 1349

5.  (a) What was your plea?  (Check one)

    (1) Not guilty ☐          (2) Guilty ■          (3) Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

6.  If you went to trial, what kind of trial did you have? (Check one)          Jury ☐          Judge only ☐

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?          Yes ☐          No ■

8.  Did you appeal from the judgment of conviction?          Yes ☐          No ■

9.   If you did appeal, answer the following:

  (a)  Name of court: _____

  (b)  Docket or case number (if you know): _____

  (c)  Result: _____

  (d)  Date of result (if you know): _____

  (e)  Citation to the case (if you know): _____

  (f)  Grounds raised:




  (g)  Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐       No ☒

      If "Yes," answer the following:

      (1) Docket or case number (if you know): _____

      (2) Result: _____

      _____

      (3) Date of result (if you know): _____

      (4) Citation to the case (if you know): _____

      (5) Grounds raised:




10.   Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
      Yes ☐     No ☒

11.   If your answer to Question 10 was "Yes," give the following information:
  (a)  (1) Name of court: _____

      (2) Docket or case number (if you know): _____

      (3) Date of filing (if you know): _____

      (4)  Nature of the proceeding: _____

      (5)  Grounds raised: _____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐         No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket of case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐         No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:          Yes ☐         No ☐

(2) Second petition:      Yes ☐         No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

Plea agreement contained an appeal waiver. Issues raised herein were not appropriately raised on direct appeal.

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Counsel provided ineffective assistance during my cooperation with the government, resulting in my being found to have obstructed justice and to be denied acceptance of responsibility.

 (a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

**See Exhibit 1**

 (b) **Direct Appeal of Ground One:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐ No ☐

  (2) If you did not raise this issue in your direct appeal, explain why: Issue raised in Ground 1 was not appropriately raised on direct appeal. Ineffective assistance claim is cognizable on direct appeal only where ineffective assistance "conclusively appears on the face of the record." United States v. Faulls, 821 F.3d 502, 507-08 (4th Cir. 2016), citing Massaro v. United States, 538 U.S. 500, 504-06 (2003).

 (c) **Post-Conviction Proceedings:**

  (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ☐ No ☑

  (2) If you answer to Question (c)(1) is "Yes," state:

  Type of motion or petition: _____

  Name and location of the court where the motion or petition was filed:

  _____

  Docket or case number (if you know): _____

  Date of the court's decision: _____

  Result (attach a copy of the court's opinion or order, if available): _____

  (3) Did you receive a hearing on your motion, petition, or application?

   Yes ☐ No ☐

  (4) Did you appeal from the denial of your motion, petition, or application?

   Yes ☐ No ☐

  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

   Yes ☐ No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know):      _____

Date of the court's decision:      _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND TWO:**   _____

holding
_____

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b)   **Direct Appeal of Ground Two:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☐

(2)   If you did not raise this issue in your direct appeal, explain why:  See response to Ground 1.

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☒

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3)   Did you receive a hearing on your motion, petition, or application?

      Yes ☐       No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

      Yes ☐       No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

      Yes ☐       No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND THREE:** _____

_____

      (a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

**(b)  Direct Appeal of Ground Three:**

  (1)  If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐        No ☐

  (2)  If you did not raise this issue in your direct appeal, explain why:

**(c)  Post-Conviction Proceedings:**

  (1)  Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ☐        No ☐

  (2)  If you answer to Question (c)(1) is "Yes," state:

  Type of motion or petition: _____

  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know): _____

  Date of the court's decision: _____

  Result (attach a copy of the court's opinion or order, if available):

  (3)  Did you receive a hearing on your motion, petition, or application?

   Yes ☐        No ☐

  (4)  Did you appeal from the denial of your motion, petition, or application?

   Yes ☐        No ☐

  (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

   Yes ☐        No ☐

  (6)  If your answer to Question (c)(4) is "Yes," state:

  Name and location of the court where the appeal was filed:

  Docket or case number (if you know): _____

  Date of the court's decision: _____

  Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND FOUR:** _____

_____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

(b)  **Direct Appeal of Ground Four:**

    (1)   If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐          No ☐

    (2)   If you did not raise this issue in your direct appeal, explain why:

_____

(c)  **Post-Conviction Proceedings:**

    (1)   Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐          No ☐

    (2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3)   Did you receive a hearing on your motion, petition, or application?

       Yes ☐         No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

       Yes ☐         No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

       Yes ☐         No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know):        _____

Date of the court's decision:        _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

13.   Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

Claims of ineffective assistance are cognizable on direct appeal only where ineffective assistance "conclusively appears on the face of the record." *United States v. Faulls*, 821 F.3d 502, 507-08 (4th Cir. 2016). Generally, a defendant should instead raise ineffective assistance of counsel claims in a 28 U.S.C. § 2255 motion, to permit sufficient development of the record. *Id.* at 508; see *Massaro v. United States*, 538 U.S. 500, 504-06 (2003).

14.   Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?        Yes ☐        No ■

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

(a) At the preliminary hearing:  Edward Bart Daniel, Nelson Mullins Riley and Scarborough, 151 Meeting Street, Sixth Floor, Charleston, SC 29401

(b) At the arraignment and plea:  Edward Bart Daniel, Nelson Mullins Riley and Scarborough, 151 Meeting Street, Sixth Floor, Charleston, SC 29401

(c) At the trial:  No trial

(d) At sentencing:  Edward Bart Daniel, Nelson Mullins Riley and Scarborough, 151 Meeting Street, Sixth Floor, Charleston, SC 29401

(e) On appeal:  No appeal

(f) In any post-conviction proceeding:  This is the first post-conviction motion.

(g) On appeal from any ruling against you in a post-conviction proceeding:  Not applicable

16.  Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?          Yes ☐          No ☒

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          Yes ☐          No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?          Yes ☐          No ☐

18.  TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

Not applicable.  Motion is filed within the limits of 18 U.S.C. § 2255(f)(1).

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: Vacate petitioner's sentence and set the matter for resentencing, and grant any other relief to which movant may be entitled.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was transmitted to the Court on March 31, 2025.

Executed (signed) on March 31, 2025.

Andrew Chmiel
Reg. No. 34305-171
FCI Beckley Satellite Camp
P.O. Box 350
General & Legal Mail
Beaver, WV 25813